# UNITED STATES DISTRICT COURT

## District of Minnesota

_____

ANDREW T. SEMMELMAN, JAMES DIMON, CHASE
BANK USA, N.A. AND JPMORGAN CHASE & CO.,

                              **AMENDED ORDER**

                    PLAINTIFFS,

        V.

                              Case Number:  05-CV-644 (MJD/AJB)

RICHARD LEE MELLOR AND MARY KIFFMEYER,
MINNESOTA SECRETARY OF STATE,

                    DEFENDANTS.

**Based on the attached stipulation, this Court's order dated January 13, 2006**

**[Doc. No. 42], is amended in the following way:**

IT IS HEREBY ORDERED:

1.    Plaintiffs' Motion to for Summary Judgment [Doc. No. 13] is **GRANTED;**

    a.    Richard Lee Mellor is permanently enjoined from filing fraudulent UCC
          Financing Statements or any other fraudulent documents concerning: (a)
          Semmelman; (b) Dimon; (c) JPMorgan Chase (including predecessor by
          merger, Bank One Corporation); (d) Chase (including its predecessor by
          merger, Bank One, Delaware, N.A.); and/or (e) their employees or agents
          with the Minnesota Secretary of State, absent relief from this Court;

    b.    The Minnesota Secretary of State shall remove and expunge UCC Financing
          Statements, filing numbers 200413875650, 20041407846, 200414081112,
          200515226262, and 200515226212 from the public record;

    c.    Under Minn. Stat. 336.9-625(e), statutory damages in the amount of $2,500
          are assessed against Richard Lee Mellor;

    d.    Richard Lee Mellor must pay Plaintiffs $2,500 in statutory damages within
          ninety (90) days of the date of this Order; and

    e.    The sanctions shall be remitted to Plaintiffs' attorneys.

1

2.      Plaintiffs' Motion for Sanctions [Doc. No. 15] is **GRANTED**;

   a.      Plaintiffs must file with Court affidavits documenting their reasonable legal fees and costs associated with this litigation within thirty (30) days of the date of this Order; and

   b.      At the time that Plaintiffs file their affidavits, Plaintiffs must submit to this Chambers' email box a proposed order awarding Plaintiffs legal fees and costs.

3.      Plaintiffs' Motion to Strike Defendant's Amended Answer and Counterclaim [Doc. No. 24] is **GRANTED;** and

4.      Defendant Mellor's Motion to Dismiss for Cause [Doc. No. 30] is **DENIED**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: February 10, 2006               s / Michael J. Davis
                                       Michael J. Davis
                                       United States District Court