UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

ANDREW T. SEMMELMAN; JAMES
DIMON; CHASE BANK USA, N.A.;
JP MORGAN CHASE & CO.,

        Plaintiffs,

v.                                   MEMORANDUM AND ORDER
                                      Civil File No. 05-644 (MJD/AJB)

RICHARD LEE MELLOR and
SECRETARY OF STATE MARY
KIFFMEYER,
        Defendants.

_____

Eric J. Rucker and Valerie T. Herring, Briggs & Morgan, PA, Counsel for Plaintiffs.

Richard Lee Mellor - pro se.

Amy V. Kvalseth and Mike Hatch, Office of the Minnesota Attorney General, Counsel for Secretary of State Mary Kiffmeyer.

_____


      On January 13, 2006, this Court issued an order granting Plaintiffs' motion for summary judgment and for sanctions.  In that order, the Court awarded Plaintiffs reasonable attorneys' fees.

      Plaintiffs have filed an affidavit to support their request for fees.  There is a math error on page 3 of Plaintiffs' affidavit in support of their request for attorneys' fees.  According to the Court's calculations, the total amount of fees for Attorney Rucker's 4.6 hours for reviewing Defendant's amended answer and

counterclaim and drafting and revising Plaintiffs' motion to strike Defendant's counterclaim should be $1288 (4.6 hours x $280/hour = $1288.00).

Based upon all the files, records, and proceedings herein **IT IS HEREBY ORDERED** Plaintiffs are awarded reasonable legal fees and costs associated with this litigation in the amount of **$21,294.00**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 14, 2006

                                          s / Michael J. Davis
                                          Michael J. Davis
                                          United States District Court